UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6789**

UNITED STATES OF AMERICA,

                   Plaintiff - Appellee,

      v.

TAYRON FRANKLIN HINES, a/k/a Boo,

                   Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:09-cr-00073-TLW-7)

Submitted:  September 27, 2012      Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tayron Franklin Hines, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tayron Franklin Hines appeals the district court's order denying his several motions, including his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, although we grant Hines leave to proceed in forma pauperis, we affirm the district court's order. <u>United States v. Hines</u>, No. 4:09-cr-00073-TLW-7 (D.S.C. Aug. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>